

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2022

No. 04-22-00040-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Lori I. Valenzuela, Justice

On January 20, 2022, relator filed a petition for writ of mandamus complaining of the trial court's "Permanency Hearing Order After Final Order" rendered on January 20, 2022 and signed on February 4, 2022. Relator also filed a motion for temporary emergency relief asking this court to stay the order. On January 24, 2022, the real party in interest filed a response to both the petition and emergency motion and objected to the request for a stay. On January 28, 2022, relator filed an amended petition for writ of mandamus complaining of the same order. On February 15, 2022, we granted the motion to stay. On February 28, 2022, we issued an order stating the respondent and the real parties in interest may file a response to the amended petition in this court no later than March 15, 2022.

On March 15, 2022, Ms. Cecilia Hellrung, attorney ad litem co-counsel for the child (N.P.) filed a motion requesting an extension of time until April 13, 2022 to file a response. In her motion, counsel states:

> there was an additional hearing held on February 4, 2022 which addressed the order issued on January 20, 2022 which is relevant to the issues raised by the amended petition of mandamus. Attorney ad Litem is still awaiting a transcript of that hearing in order to file her response. Additionally, there are arguments made in the Department's amended petition which will require additional time to review and research once she has received the transcript of the hearing on February 2, 2022 in order to prepare and file the response on behalf of the child.

---

[1] This proceeding arises out of Cause No. 2017-PA-01702, styled *In the Interest of N.P., a Child*, pending in the 288th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

We GRANT the motion.  The attorney ad litem for N.P. is hereby ORDERED to (1) file the reporter's record from the February 4, 2022 hearing **no later than March 28, 2022** and (2) file a response to the amended petition for writ of mandamus **no later than April 13, 2022**.  Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** March 17, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT